AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROSSEN G. IOSSIFOV | ) | |
| | ) | Case No.   5:25-MJ-5424-MAS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about the dates of   at least Jan. 20 and Dec. 7,  2024   in the county of   Franklin   in the

Eastern   District of   Kentucky and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2232(a) | Destruction or Removal of Property to Prevent Seizure |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See affidavit of Special Agent Byron Chute

☑ Continued on the attached sheet.

/s/ Byron Chute

*Complainant's signature*

Byron Chute, Special Agent, U.S. Secret Service

*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10/09/2025

*Judge's signature*

City and state:   Lexington, Kentucky

Matthew A. Stinnett, U.S. Magistrate Judge

*Printed name and title*