UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.

CASE NO. 5:25-MJ-5424-MAS

ROSSEN G. IOSSIFOV

\*\*\*\*\*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Byron Chute, being duly sworn, depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Secret Service ("USSS") and have been since June 2008. I graduated from the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia, and the USSS Special Agent Academy in Beltsville, Maryland.  Prior to joining the USSS, I served as a State Trooper for the Ohio State Highway Patrol.  I am a law enforcement officer as that term is used in Federal Rule of Criminal Procedure 41 and am currently assigned to the Lexington, Kentucky Resident Office.  My duties include investigating violations of federal laws constituting financial crimes.

2.      This affidavit is being submitted in support of a criminal complaint.  For the reasons set forth below, I respectfully submit that this affidavit contains probable cause to believe that **ROSSEN G. IOSSIFOV** has committed violations of 18 U.S.C. §§ 1956(h) (Conspiracy to Commit Money Laundering), and 2232(a) (Destruction or Removal of Property to Prevent Seizure).  I make this affidavit based upon personal knowledge derived from my participation in

this investigation and upon information communicated or reported to me during the investigation by other participants in the investigation. This affidavit is intended to show only that there is probable cause to support the complaint for the requested arrest warrant. This affidavit does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

3.      In late 2014, the USSS and other local and federal agencies began investigating a widespread online auction fraud scheme emanating out of Romania and Bulgaria and targeting victims in the United States. As a result of the investigation, a federal Grand Jury charged over two dozen individuals, including IOSSIFOV, a Bulgarian national. IOSSIFOV's role in the overall conspiracy was to launder the funds of the criminal enterprise by converting tainted cryptocurrency into local fiat currency through his business in Sofia, Bulgaria. In December 2018, pursuant to an official request from the United States, Bulgarian law enforcement arrested IOSSIFOV for his role in the conspiracy. He was subsequently extradited to the United States and, following a jury trial, was found guilty of one count of RICO conspiracy and one count of money laundering conspiracy. *See United States v. Iossifov, et al.,* No. 5:18-CR-00081-REW at DE 897 (E.D. Ky. Sept. 28, 2020). On or about January 12, 2021, IOSSIFOV was sentenced to 121 months in prison, *id.* at DE 1055, and the Bureau of Prisons ultimately housed IOSSIFOV at FCI Fort Dix, a federal correctional institution in New Hanover Township, New Jersey. Due to changes in the sentencing guidelines, that sentence was reduced to 111 months. *Id.* at DE 1602.

4.      As part of the 2014 investigation, the United States traced proceeds of the fraudulent activity described above into an account held at the cryptocurrency exchange Kraken and registered to IOSSIFOV, and more specifically, the account number AA52 N84G XJEB ZCCY ("IOSSIFOV's Kraken Account"). On or about December 11, 2018, the United States

District Court for the Eastern District of Kentucky issued a seizure warrant authorizing the seizure of bitcoin contained in IOSSIFOV's Kraken Account.[1] Given Kraken's presence in the United Kingdom for customers in the European Union, the United States also submitted an official request to authorities in the United Kingdom to assist in effectuating the U.S. court order to seize the bitcoin contained within IOSSIFOV's Kraken Account.  Pursuant to this official request from the United States, authorities in the United Kingdom restrained this account and the 4.6283062229 bitcoin contained within.  Kraken acknowledged receipt of the order and restrained the assets in the account.

5.    As part of IOSSIFOV's conviction, the United States District Court for the Eastern District of Kentucky issued a forfeiture money judgment in the amount of $184,864.76.  *See Iossifov*, at DE 1055.  Subsequently, on or about May 18, 2021, the United States moved for an amended forfeiture judgment to include the 4.72830[2] bitcoin in IOSSIFOV's Kraken Account.  *See id.* at DE 1170.  On or about May 19, 2021, IOSSIFOV, through counsel, responded to the United States' motion and did not disagree with the legal authorities cited by the United States, but preserved an objection to his overall innocence pending the appeal of his trial conviction to the Sixth Circuit Court of Appeals.  *See id.* at DE 1178.  On or about June 1, 2021, the United States District Court for the Eastern District of Kentucky issued a preliminary order of forfeiture for the bitcoin in IOSSIFOV's Kraken Account.  *See id.* at DE 1208.  On or about April 13, 2022, the Court issued a final order of forfeiture for said property.  *See id.* at DE 1375.  Thereafter, the United States began working with authorities in the United Kingdom to obtain final forfeiture of the bitcoin contained in IOSSIFOV's Kraken Account.

---

[1] This warrant was also disclosed to IOSSIFOV in discovery in the underlying prosecution.

[2] Due to a clerical error, the forfeiture motion incorrectly identified the amount of bitcoin restrained in the account, which was carried over into the preliminary order of forfeiture. The final forfeiture order listed the correct amount of 4.6283062229 bitcoin.

3

6.      In or around November 2024, Kraken advised United States authorities that the previously restrained bitcoin contained in IOSSIFOV's Kraken Account had been transferred out of the account after Kraken security support specialists mistakenly removed the hold on the account.  According to records obtained from Kraken, on or about January 20, 2024, someone representing themselves to be the account owner for IOSSIFOV's Kraken Account requested that the hold be lifted, claiming that the account owner's computer network had been compromised. Just prior to contacting Kraken, the email registered to IOSSIFOV's Kraken Account was changed from rgcoins67@gmail.com to rgcoins@protonmail.com.  The naming conventional is notable because IOSSIFOV operated a cryptocurrency exchange named "RG Coins," which IOSSIFOV used to launder proceeds of fraud that led to the underlying conviction.

7.      Operating under its internal protocol, once alerted by a customer of a potential account breach, Kraken disabled the account.  On or about January 22, 2024, using its internal chat platform, Kraken sent a list of steps to the user that needed to be taken before further access to IOSSIFOV's Kraken Account would be granted.  On the same date, the user responded to Kraken and confirmed he had completed these steps.  Kraken then re-activated IOSSIFOV's Kraken Account and provided an additional list of tasks that would allow IOSSIFOV's Kraken Account to once again engage in asset trading and withdrawals.  On or about January 24, 2024, after the user seeking access confirmed completing the second list of tasks, Kraken provided access to all attributed assets in IOSSIFOV's Kraken Account, including the previously restrained 4.6283062229 bitcoin. On or about the same day that account access was re-granted, a singular transaction took place effectively removing all of the previously restrained bitcoin.

8.      Upon being alerted of the theft, U.S. authorities began an extensive analysis tracing[3] the more than 4.62 bitcoin after it was stolen from the Kraken account.  These efforts revealed that the more than 4.62 bitcoin was first transferred from IOSSIFOV's Kraken Account to the bitcoin wallet address 1KXECy4ZYwidvoioEdpDV51ky5ec1N6tS6 ("the 1KXEC wallet"). Approximately three days after receiving the stolen bitcoin from Kraken, the 1KXEC wallet sent 0.452 BTC to address bc1qxdjlmf6rk4tq92cqanwqyujyrqpqw8yq3fw2ts, which belongs to a cryptocurrency mixing service known as Samourai Wallet.[4]  On or about February 3, 2024, within the Samourai Wallet, the 0.452 BTC (at that time valued in excess of $19,000) was then subjected to five back-to-back transfers[5] before ultimately arriving in the bitcoin wallet address 19ZNArZZqEUQ72MkK8xwWwKPsFjkuAyHhH ("the 19ZNA wallet").[6] The 19ZNA wallet belongs to the cryptocurrency exchange company Binance.  U.S. authorities obtained records from Binance, which revealed that the account controlling the 19ZNA address was registered to Bulgarian national Biser Yosifov.  Binance also provided Yosifov's identification documents. Based on my training and experience, I know that cryptocurrency exchangers such as Binance typically request that its customers provide a form of identification as part of know-your-customer

---

[3] Bitcoin transactions are recorded on the Bitcoin blockchain, which is a publicly available ledger that records information pertaining to bitcoin transactions, including the source wallet address, the receiving wallet address, and the amount transacted.  The bitcoin blockchain contains a certain and verifiable record of every single bitcoin transaction ever made, because (a) it can only be updated by consensus of a majority of the participants in the system, and (b) once entered, information can never be erased from the blockchain.

[4] Shortly after the transactions described herein, two operators of Samourai Wallet were charged by the United States for Samourai Wallet's alleged role in laundering over $100 million dollars of criminal proceeds.  *See Founders And CEO Of Cryptocurrency Mixing Service Arrested And Charged With Money Laundering And Unlicensed Money Transmitting Offenses*, United States Attorney's Office Southern District of New York, *available at* https://www.justice.gov/usao-sdny/pr/founders-and-ceo-cryptocurrency-mixing-service-arrested-and-charged-money-laundering (Apr. 24, 2024).

[5] Samourai Wallet describes these as "Ricochet" transaction whereby the software automatically adds additional transactions (known as "hops") between the originating address and the final, intended destination address.  Based on my training and experience, the primary purpose of these hops is to obscure the true source of the transacted bitcoin.

[6] Approximately .02075 of cryptocurrency comprised of the stolen proceeds were traced from the 1KXEC wallet to various other wallets, where smaller portions were further distributed to various identified wallets.  On December 07, 2024, a balance of .0129 bitcoin comprising a portion of the stolen cryptocurrency was sent to a wallet determined to belong to the exchange Binance that was registered to Bulgarian national Nikolay Kanev, an individual believed to be IOSSIFOV's son-in-law.

5

("KYC") and anti-money laundering ("AML") procedures.  Law enforcement believes Biser Yosifov is IOSSIFOV's relative.

9.    Utilizing open-source research, investigators were able to locate a Facebook account with the profile name, "Biser Josifov."  The profile picture on the Biser Josifov Facebook account appeared to depict the same male as depicted in the identification documents associated with Yosifov's Binance account, which received a portion of the stolen bitcoin as described above. Through valid legal process, all communications affiliated with the Josifov Facebook account were provided by Meta Platforms,[7] which revealed a number of messages exchanged between the Josifov account and another Facebook account with the profile name, "Taylor Anderson." Notably, "Taylor Anderson" itself is comprised of the surnames of two of the prosecutors involved in IOSSIFOV's trial and conviction.

10.    Investigators reviewed public facing aspects of the Taylor Anderson profile and observed a number of indicators suggesting it was likely a pseudonymous account.  Firstly, rather than an individual portrait, the profile picture depicted an image of a Tajitu (Yin and Yang symbol) surrounded by dragons.  This lack of personal pictures also extended to the public posts of the profile, which, though large in number and often in Bulgarian, did not contain any pictures that appeared to be personally taken.  Rather, the majority of public posts displayed by the profile were memes, stories comprised of stock or commercially taken photos, or shared links to Bulgarian-based news posts.  Also notably absent were any details in the profile's "About" section.  This particular section provides users with the opportunity to include general aspects about their life (i.e. places lived, employment, familial relations, etc.) that are utilized by the Platform and others

---

[7] Meta Platforms owns and operates Facebook.

6

to make social connections and suggestions. This particular section of the Taylor Anderson profile was completely blank and contained no identifying information.

11.     Pursuant to legal process, Meta Platforms provided communications and account records relating to the Taylor Anderson profile which revealed repeated messages exchanged with previously known associates of IOSSIFOV including his wife, Maya Yosifova. Of additional importance was the fact the profile was registered utilizing American-based T-Mobile phone number xxx-xxx-1513[8] (hereafter "*1513"). As described below, law enforcement obtained evidence that this phone number was regularly utilized by IOSSIFOV while incarcerated.

12.     As previously stated, portions of the bitcoin stolen from IOSSIFOV's Kraken Account were traced to a Binance account registered to Bulgarian national Biser Yosifov. Review of Yosifov's Binance account revealed transactions with the bitcoin wallet address 3FgtNmejefimNQDdAEknUjm6WU1uNDWoEs ("the 3Fgt wallet"). USSS investigators traced bitcoin from the 3Fgt wallet to the online platform Bitrefill. Bitrefill is an online platform where customers can purchase online gift cards, eSims, and cellular air time through bitcoin or other cryptocurrencies. According to records obtained from Bitrefill, the 3Fgt wallet made a payment for the purchase of a virtual prepaid Visa card valued at $100, which was then used to make multiple purchases, including over $97 in SimpleMobile gift cards. SimpleMobile's parent company is Tracfone, and cellular plans for Tracfone use the cellular services of several providers, including T-Mobile.

13.     Through valid legal process, Tracfone provided records that revealed the gift cards purchased through Bitrefill were used to credit a Tracfone account utilizing the previously identified *1513 phone number, which also had a "login id" of taylor.anderson7@protonmail.com.

---

[8] The full phone number has been redacted for privacy.

These same records also revealed the associated mobile device's IMEI which, through open-source analysis, was determined to be a Samsung A-12 device.[9]  A review of the call records associated with the *1513 phone number revealed numerous calls and call attempts to Bulgarian phone numbers, some of which were familiar to the investigative team including a phone number associated to IOSSIFOV's wife, Maya Yosifova.  Through valid legal process, T-Mobile provided supplementary records relating to the *1513 phone number, including the location of cell towers utilized by that number from in or around May 2023 through in or around March 2025.  These records demonstrated all calls utilized the same cell tower located within the Fort Dix, New Jersey area.  Based upon both the call history and the geolocation at the times of the mobile device's use, the evidence demonstrates that IOSSIFOV was the individual who utilized the *1513 phone number and the associated Tracfone/T-Mobile account and, thus, regularly accessed the "Taylor Anderson" Facebook profile.

14.    After reporting the theft to U.S. authorities, Kraken provided additional records containing the access logs for IOSSIFOV's Kraken Account at the time the bitcoin was illegally removed.  These records show that IOSSIFOV's Kraken Account was accessed on or about January 24, 2024, that is, the day that the theft occurred, from the Internet Protocol ("IP") address 84.252.112.1.  This same IP address was used to log in to the Taylor Anderson Facebook account

---

[9] Throughout the targeted time period, USSS investigators believe IOSSIFOV primarily used at least two separate mobile phones while incarcerated and during overlapping time periods.  According to records obtained from Tracfone and T-Mobile, the Samsung A-12 associated with the *1513 phone number was used from August 2022 to at least November 2024, during which the theft from IOSSIFOV's Kraken Account occurred.

USSS investigators conducted additional bitcoin tracing of the stolen funds from IOSSIFOV's Kraken Account and traced it to purchases made on an account at Perfectgift, another online platform where customers can purchase online gift cards, eSims, and cellular air time through bitcoin. Perfectgift records show that the account was logged into from the IP address 2600:1002:b165:379b:5410:8906:85a3:e2e4, which resolved to Verizon. According to Verizon records, this IP address was assigned to a Verizon account that serviced a Samsung Galaxy S20 with IMEI 355623111535597. Notably, Meta Platforms records show that a Samsung Galaxy S20 was used to log into Facebook accounts associated with IOSSIFOV, as described below. Prison officials at FCI Fort Dix, where IOSSIFOV is housed, conducted a prison-wide sweep for contraband mobile devices and seized this Samsung Galaxy S20, but was not able to recover a Samsung Galaxy A-12. Thus, there is evidence that IOSSIFOV used contraband mobile phones while incarcerated.

on or about December 18, 2023, and again on multiple occasions on or about January 26, 2024, merely days after the BTC was stolen. Additionally, Meta Platforms records further revealed that during these particular sessions, the individual accessing the "Taylor Anderson" account via the 84.252.112.1 IP address was using a Samsung A-12 device.

15. As described above, tracing analysis of the stolen bitcoin once it was removed from Kraken demonstrated it was initially received by the 1KXEC wallet. Historical analysis of the 1KXEC wallet revealed additional evidence that it was associated with or controlled by IOSSIFOV and his close associates. For example, in or around January 2023, approximately one year before the theft from IOSSIFOV's Kraken Account, the 1KXEC wallet sent approximately .27 bitcoin to an address determined to be under the control of Kraken. Through valid legal process, Kraken provided records which identified a recipient Kraken account that was registered to Biser Yosifov. Notably, the phone number registered to the Kraken account was the same *1513 number associated to IOSSIFOV and the Taylor Anderson Facebook account as described above. In addition, the 1KXEC wallet also conducted transactions with the bitcoin wallet 3GdrFwPaceeoaKUGNykJT6NyLiJdbBj7Mv in or around 2017. This particular address was already familiar to the investigative team as it was known to have been utilized as a deposit address by IOSSIFOV and his cryptocurrency exchange, RG Coins.

16. Kraken records also revealed that IOSSIFOV has long attempted to withdraw funds from his Kraken account since his arrest. Specifically, access logs from Kraken revealed earlier attempts to make bitcoin withdrawals from IOSSIFOV's Kraken Account to the 1KXEC wallet in or around 2022 and 2023. Given prior attempts to transfer bitcoin to the 1KXEC, and the eventually successful transfer on or about January 24, 2024, these records suggest that efforts to

steal this bitcoin had been ongoing for several years before the ultimate transfer, and further undercuts the claims to Kraken that IOSSIFOV's accounts were compromised, as described above.

17.    Additionally, in response to the attempts to regain access to IOSSIFOV's Kraken Account, Kraken asked that additional inquiries be directed to the USSS. More specifically, on or about May 4, 2023, Kraken responded:

> *Hello,*
>
> *Thank you for contact Kraken; please refer to the below contact details,*
> *please submit any inquiries here:*

Kraken then provided the name, title, phone number, and email address for a USSS Special Agent affiliated with the underlying investigation.

18.    In further analyzing the *1513 phone number, investigators determined it was affiliated with a Google account. Through valid legal process, Google provided records indicating the *1513 phone number was the recovery SMS phone number for the email address taylor.anderssyn@gmail.com. Moreover, Google records revealed that the taylor.anderssyn@gmail.com account was accessed by the same Samsung A-12 device identified by Tracfone and linked by cookies[10] to the aforementioned rgcoins67@gmail.com account, which was the email address initially registered to IOSSIFOV's Kraken Account.

19.    Google records also included all communications associated with taylor.anderssyn@gmail.com account. A review of these communications led to the discovery of an X Corporation (formerly Twitter) account utilizing the name "BGwolf" and the X handle, @taylor25079. Notably, the profile image for the @taylor25079 account was the same icon

---

[10] A cookie is a unique text file placed by websites and providers on devices to identify that specific device. Accordingly, when two accounts are linked by cookies, it generally means that the same device was used to log into both accounts.

10

displayed in the aforementioned Taylor Anderson Facebook profile.  In researching public facing aspects of the @taylor25079 X account, investigators located a notable X post[11] dated on or about December 29, 2022.  Specifically, the X post contained screenshots depicting a request for online support made by an unidentified Kraken account holder whereby the customer cited "bitcoin trading and withdraw issues[.]"  Visible within the screenshots was the Kraken-applied ticket number "9078267" utilized by Kraken to track the specific request.  Accompanying these screenshots was a claim from @taylor25079 user stating:

> "this is how kraken.com support works….24 days my client is waiting for a reply because he can't trade and withdraw his bitcoins. And after 24 days, there is not a single answer, nor has his problem been solved."

20.	Through valid legal process, Google also provided communication records associated with the rgcoins67@gmail.com account, which had been the initial email registered to IOSSIFOV's Kraken Account until just prior to the theft.  This same ticket number referenced in the @taylor25079 post was later located by the investigative team in auto-generated emails sent from Kraken to the rgcoins67@gmail.com account in or around December 2022.  These communications suggest the snapshots posted by the @taylor25079 X account were of support requests sent from the IOSSIFOV's Kraken Account.  Taken together, this indicates that IOSSIFOV's Kraken Account, the rgcoins67@gmail.com email, and the @taylor25079 X account were controlled by the same individual(s).

21.	In summary, U.S. authorities began investigating a widespread online auction fraud scheme that led to the indictment of over two dozen individuals, including Bulgarian national Rossen IOSSIFOV, who was arrested in December 2018 and ultimately sentenced to 111 months

---

[11] An "X post" refers to a message or update shared on the social media platform X, formerly known as Twitter. Users can create posts that may include text, images, videos, links, or other media. Posts on X are typically public by default, meaning they can be seen by anyone unless the user's account settings restrict visibility.

in prison. As part of the investigation, authorities sought the seizure and forfeiture of bitcoin contained within IOSSIFOV's Kraken Account, and the Court ordered final forfeiture of such bitcoin in or around May 2021, after IOSSIFOV responded to the United States forfeiture motion. Thereafter, IOSSIFOV and others began efforts to remove bitcoin from IOSSIFOV's Kraken Account, and in January 2024, IOSSIFOV and others were successful in stealing the previously forfeited funds, in violation of 18 U.S.C. § 2232(a) (Destruction or Removal of Property to Prevent Seizure).

22.    Investigators were able to trace the stolen bitcoin from the Kraken Account through a number of Samourai wallets, a tool designed to obfuscate the source, nature, location, and control of the bitcoin, in violation of 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering).

23.    After successfully tracing the bitcoin through the Samauri wallets, investigators discovered that a portion of the stolen bitcoin was sent to a Binance account registered to Bulgarian national Biser Yosifov—a relative of IOSSIFOV. Tracing further revealed that the wallet that initially received the stolen bitcoin (the 1KXEC wallet) had historical transactions with another account connected to IOSSIFOV and his relative as well as another wallet known to have been previously utilized by IOSSIFOV and RG Coins. USSS investigators also traced stolen bitcoin to purchases related to a mobile phone used by IOSSIFOV while incarcerated. This phone was also used to register a Facebook account in the name of "Taylor Anderson," an alias believed to reference members of the team who prosecuted IOSSIFOV. The IP address used to facilitate the theft of bitcoin from IOSSIFOV's Kraken Account was also observed in the Taylor Anderson Facebook access logs just days after the theft. Investigative efforts further associated the mobile phone to a Google account that used a version of the "Taylor Anderson" moniker, and the account

12

was also connected to the rgcoins67@gmail.com. Thus, evidence shows that IOSSIFOV was a conspirator in the 18 U.S.C. § 1956 offense.

## CONCLUSION

24.    I believe that the facts set forth above support that there is probable cause to believe that in or around January of 2024, in the Eastern District of Kentucky and elsewhere, ROSSEN G. IOSSIFOV has committed violations of 18 U.S.C. §§ 2232 (Destruction or Removal of Property to Prevent Seizure) and 1956 (Money Laundering and Conspiracy to Commit Money Laundering) predicated on 1956(a)(1)(B)(i) (Concealment).

WHEREFORE, your Affiant respectfully requests that the Court issue a warrant for the arrest of ROSSEN G. IOSSIFOV.

Respectfully submitted,

/s/ Byron Chute

Byron Chute
Senior Special Agent
United States Secret Service

Subscribed and sworn to before me on __October 9_____, 2025.

HONORABLE MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE

13