# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**CRIMINAL ACTION NO. 5:25-CR-155-REW**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**

**ORDER FOR ARRAIGNMENT**

**ROSSEN G. IOSSIFOV**                                                          **DEFENDANT**

\*    \*    \*    \*    \*

The Court ORDERS that the motion of the United States for arraignment is GRANTED. [DE 11]. This matter is set for an INITIAL APPEARANCE AND ARRAIGNMENT in United States District Court at Lexington on, **May 11, 2026, at 1:00 p.m.**, before the undersigned.

Entered this 30th day of April, 2026.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies:    United States Marshal
United States Probation
Kathryn Dieruf, Assistant United States Attorney

1