# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**CRIMINAL ACTION NO. 5:25-CR-155-REW-MAS**

**UNITED STATES OF AMERICA**                                                                                              **PLAINTIFF**

**V.**                                                    **ORDER**

**ROSSEN G. IOSIFOV**                                                                                              **DEFENDANT**

\* \* \* \* \*

This matter comes before the Court on the United States's motion to continue the Defendant's initial appearance and arraignment currently scheduled for May 11, 2026 to a date after the month of June. Upon consideration of the motion and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. The initial appearance and arraignment is continued to **July 8, 2026, at 1:00 p.m.**

Entered this 7th day of May, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY