**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:25-CR-155-REW**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**V.**          **NOTICE BY UNITED STATES OF AUSA APPEARANCE**

**ROSSEN G. IOSSIFOV**                                          **DEFENDANT**

\* \* \* \* \* \*

The United States gives notice that, in addition to Assistant United States Attorney

Kathryn Dieruf, the undersigned Senior Counsel will represent the United States in this

case.

Respectfully Submitted,

A.  TYSEN DUVA
Assistant Attorney General
Criminal Division

By:     */s/ Vasantha Rao*
Senior Counsel
1301 New York Avenue NW
Washington, DC  20530
(202) 514-9767
Vasantha.Rao.2@usdoj.gov

CERTIFICATE OF SERVICE

On July 9, 2026, I electronically filed this document through the ECF system, which will send the notice of electronic filing to counsel of record.

/s/Vasantha Rao
Senior Counsel